IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ABHIJIT RAMACHANDRAN

v.                                          NO.   3:18-CA-811-X

VINAY JAIN, ET AL

JURY NOTE NO.  1

There are major disagreements which we believe cannot be resolved.

_____
Jury Foreperson/Presiding Juror

Time received: _____

Date received: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ABHIJIT RAMACHANDRAN

v.                                                  No.    3:18-CA-811-X

VINAY JAIN, ET AL

JURY NOTE NO.   2

We, the remaining jurors, unanimously would like to continue deliberations today, August 29, 2022.

Jury Foreperson/Presiding Juror

Time received: _____

Date received: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ABHIJIT RAMACHANDRAN

V.                                    NO.  3:18-CA-811-X

VINAY JAIN, ET AL

JURY NOTE NO. 3

We have reached a verdict

_____  8/29/2022
Jury Foreperson/Presiding Juror

Time received: _____

Date received: _____