UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ABHIJIT RAMACHANDRAN,<br><br>   *Plaintiff*,<br><br>v.<br><br>VINAY JAIN et al.,<br><br>   *Defendants*. | Civil Action No. 3:18-CV-0811-X |

# **FINAL JUDGMENT**

Having disposed of the parties' motions for judgment, the Court **ORDERS**, **ADJUDGES**, and **DECREES** that:

(1) Abhijit Ramachandran takes nothing on his fraud claims against AROG Pharmaceuticals, Inc. ("AROG") and Vinay Jain;

(2) Judgment is entered in favor of Ramachandran on the first part of AROG's declaratory-judgment claim;[1] and

(3) Pursuant to the second part of AROG's declaratory-judgment claim, the Court **DECLARES** that Ramachandran has no present right to receive payment for his long term incentive units because there has not been a sale of AROG or any other triggering event that would provide a condition precedent to receipt of payment for the long term incentive units.

---

[1] The first part of AROG's declaratory-judgment claim asked for a declaration that "Ramachandran's long term incentive units were automatically cancelled because his Termination for Service was for Cause." Doc. 47 at 19.

1

While attorney's fees are recoverable for declaratory judgment actions, each side prevailed on a part of the declaratory judgment claim here. As a result, the Court determines that neither side is entitled to attorney's fees on the declaratory judgment claim, and each side must bear its own costs and fees. On the fraud claim, there is no fee or cost shifting provision for fraud claims. So, the Court also orders each party to bear its own attorney's fees and costs as to the fraud claim. This order disposes of all pending parties and claims and is a final judgment."

**IT IS SO ORDERED** this 26th day of April, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE